**PROPOSED ORDER/COVER SHEET**

TO:   **Honorable Thomas S. Hixson**          RE:   **Salvador Mungia**
      **U.S. Magistrate Judge**

FROM:   **Silvio Lugo, Chief**               **Docket No.:**   **4:25-cr-00402-JST-7**
        **U.S. Pretrial Services Officer**

Date:   **April 22, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Shafia Khanoon                                        408 535 5231

**U.S. Pretrial Services Officer**                    **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom __E, San Francisco__ on __May 5, 2026__ at __11:00 AM__.

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s): Pretrial Services respectfully recommends the following conditions be added to the defendant's bond:

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

**JUDICIAL OFFICER**                    __April 27, 2026__
                                        **DATE**