**PROPOSED ORDER/COVER SHEET**

TO:      **Honorable Thomas S. Hixson**      RE:  **Salvador Mungia**
                  **U.S. Magistrate Judge**

FROM:    **Silvio Lugo, Chief**           **Docket No.:**  **4:25-cr-00402-JST-7**
                  **U.S. Pretrial Services Officer**

Date:       **May 6, 2026**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Shafia Khanoon                    408 535 5231

**U.S. Pretrial Services Officer**          **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s): Pretrial Services respectfully recommends the following conditions be removed from the defendant's bond:

   *1. The defendant is no longer subject to location monitoring by Radio Frequency (RF).*
   *2. The defendant is no longer subject to a curfew from 8:30pm to 5:30am.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

**JUDICIAL OFFICER** _____    May 6, 2026 _____
                          **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge